UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:11-CIV-1441-KMM

KATHY ROTHUS,

      Plaintiff,

vs.

TARGET CORPORATION,

      Defendant.
_____/

## AMENDED COMPLAINT

Plaintiff, KATHY ROTHUS ("Plaintiff"), by and through his undersigned counsel, files this Complaint against Defendant, TARGET CORPORATION, ("Defendant"), alleging as follows:

### INTRODUCTION

1. This is a proceeding for damages to remedy discrimination on the basis of handicap and retaliation affecting the terms, conditions and privileges of employment and to redress the deprivation of rights secured to Plaintiff by the Americans With Disabilities Act of 1990, 42 U.S.C. § 12112 et. seq. ("ADA").

### JURISDICTION

2. Jurisdiction is invoked pursuant to the ADA.

### VENUE

3. The claims asserted herein arose in this judicial district.

### PARTIES

4. At all times material hereto, the Plaintiff was a female citizen of the United States,

resident of this judicial district and an employee or former employee of the Defendant.

5. At all times material hereto, the Defendant was a foreign corporation authorized to do business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the ADA.

6. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action pursuant to the ADA.

## STATEMENT OF FACTS

7. The Plaintiff was employed by the Defendant since 2003 as a cashier and during her employment was a satisfactory employee.

8. The Plaintiff did however suffer from herniated discs in her neck and lower back as well as arthritis, which is a disability. As a result of this disability, the Plaintiff needed a reasonable accommodation of being able to leave her cashier stand to walk around due to her arthritis and her herniations in her neck and lower back acting up as a result of her having to constantly stand in her area.

10. However, on or about November 27, 2009, Brooke Ciarrochi, the Plaintiff's supervisor, refused to accommodate her disability by denying her a restroom break.

11. The Plaintiff was unfairly disciplined and singled out in front of her co-workers.

12. As a result, the Plaintiff made complaints to Human Resources and the Target hotline, specifically, Tammy.

13. After the Plaintiff complained, she was given less hours, along with no lunch and no breaks, in a continued denial of a reasonable accommodation.

14. In retaliation for these complaints, on or about December 4, 2009, the Plaintiff was removed from the schedule and terminated.

## COUNT I
## AMERICANS WITH DISABILITIES ACT OF 1990-DISCRIMINATION

Plaintiff incorporates by reference paragraphs 1 through 14 herein and states as follows:

15. The Defendant has discriminated against the Plaintiff in the terms and conditions of her employment, and has denied the Plaintiff employment because of her handicap.

16. The unlawful discriminatory practices by the Defendant and its agents, as set forth herein, violates The Americans With Disabilities Act of 1990.

17. As a direct and proximate result of the Defendant's unlawful and discriminatory conduct, the Plaintiff has and will continue to suffer damages.

WHEREFORE, the Plaintiff, KATHY ROTHUS, requests that judgment be entered against the Defendant, TARGET CORPORATION, for all damages recoverable under the Americans With Disabilities Act of 1990, as adopted from Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§2000e, et seq., including punitive damages, as well as costs, expenses, attorney fees and any other lawful relief this Court deems to be just and proper.

## COUNT II

## AMERICANS WITH DISABILITIES ACT OF 1990-RETALIATION

Plaintiff incorporates by reference paragraphs 1 through 14 herein and states as follows:

19. The Defendant's refusal to provide remedial action to the Plaintiff was, in whole or in part, in retaliation for her complaints of discrimination based upon her disability.

20. The Defendant has discriminated against and harassed the Plaintiff in the terms and conditions of her employment, and has permitted further discrimination and effectually denied the Plaintiff continued employment in retaliation for her lawfully having engaged in a statutorily protected activity, and as a result of her complaints of discrimination.

21. The Defendant's conduct constitutes unlawful retaliation under the Act, and such actions were willful and malicious and, as a direct and proximate result of the Defendant's unlawful and discriminatory conduct, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, including, but not limited to:

    a. Damage to reputation, confidence and self-esteem;

    b. Loss of past and future income;

    c. Loss of future earning capacity;

    d. Loss of other fringe benefits;

    e. Stress, anxiety and emotional distress;

    f. Significant past and future pain and suffering; and

    g. Other financial losses.

22. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation.

WHEREFORE, the Plaintiff, KATHY ROTHUS, requests that judgment be entered against the Defendant, TARGET CORPORATION, for all damages recoverable under the Americans With Disabilities Act of 1990, as adopted from Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§2000e, et seq., including punitive damages, as well as costs, expenses, attorney fees and any other lawful relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

## CERTIFICATE OF COUNSEL

Pursuant to F.R.C.P. 15(a)(2), the Plaintiff has received written consent from the Defendant to file this Amended Complaint.

        Respectfully submitted,

        Levy & Levy, P.A.
        300 Southeast 13th Street
        Ft. Lauderdale, Florida 33316
        Telephone: (954) 763-5722
        Facsimile: (954) 763-5723
        E-mail: chad@levylevylaw.com
        Counsel for Plaintiff

        */s/ Chad E. Levy*_____
        CHAD E. LEVY, ESQ.
        F.B.N.: 0851701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        */s/ Chad E. Levy*_____
        CHAD E. LEVY

## SERVICE LIST

Jeannette Albo, Esq.
Jackson Lewis LLP
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL 33131
Counsel for Defendant